

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2015

No. 04-15-00262-CR

Angel H. **LONGORIA**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9330
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant has filed a motion to abate the appeal so that the trial court may reconsider the certification of the defendant's right of appeal and so that an accurate certification may be obtained from the trial court. *See* TEX R. APP. P. 25.2, 35.4(c), 37.1; *see also Dears v. State*, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005). The motion is GRANTED. We order any amended Certification be signed and filed in a supplemental clerk's record by August 10, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court